CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SKECHERS U.S.A., INC., a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:19-CV-10813-CJC-AFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Skechers U.S.A., Inc., a Delaware Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 29, 2020      CENTER FOR DISABILITY ACCESS

    By: /s/ Amanda Lockhart Seabock
        Amanda Lockhart Seabock
        Attorneys for Plaintiff